# Court of Appeals
# of the State of Georgia

ATLANTA,  October 18, 2023

*The Court of Appeals hereby passes the following order:*

**A23A0758. STOSSEL v. HAMBY.**

Appellant challenges a 12-month stalking protective order which was issued by the trial court on May 4, 2022 and which, by its terms, expired on May 4, 2023. Because the order at issue has expired, the questions presented by appellant have been rendered MOOT. Accordingly, this appeal is hereby DISMISSED. See OCGA § 5-6-48 (b) (3).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/18/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*